**Paul Thomas MORRIS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Stuart L. Lyon, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

**Elzie CLICK et al., Appellants,**

v.

**Callie BLANTON and Alta Blanton, his wife, Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Robert J. Greene, Perry & Greene, Paintsville, for appellants.

Jarvis Allen, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Special Commissioner MACAULEY SMITH, Affirming.*

**Beatrice CURRY et al., Appellants,**

v.

**Dorothy PUCKETT et al., Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Larry D. Raikes, Hodgenville, for appellants.

Morris Butler, Greensburg, for appellees.

Memorandum Opinion of the Court by Special Commissioner MACAULEY SMITH, Affirming.*

**Walter L. HARDER and Mary Harder, wife, Appellants,**

v.

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

George S. Wilson, III, Wilson, Wilson & Plain, William L. Wilson, Owensboro, for appellants.

Cooper, Flaherty & Bamberger, Owensboro, Carl T. Miller, Jr., General Counsel, Dept. of Highways, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

* Opinion ordered not to be published.